UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.K. LEE, *on behalf of himself and all others
similarly situated,*

              Plaintiff,

        -against-

AMERICANPEARL.COM, INC.,

              Defendant.

Case No.: 1:19-cv-7622-VSB

**STIPULATION OF
VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii)**

 

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, AMERICANPEARL.COM, INC., and without prejudice as to the putative class claims, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
    Evan T. King, Esq.
    Klein Moynihan Turco LLP
    450 Seventh Avenue
    New York, NY 10017
    Telephone: (212)-246-0900
    eking@kleinmoynihan.com

Date: 5/28/20

For the Plaintiff:

By: _____*/s/ Anne Seelig*_____
    Anne Seelig, Esq.
    Lee Litigation Group, PLLC
    148 W. 24th Street, Eighth Floor
    New York, NY 10011
    Telephone: (212) 661-1008
    anne@leelitigation.com

Date: June 5, 2020

SO ORDERED

_____
U.S.D.J.